IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA COLBERT and LORI BROWN, individually and on behalf of all other persons similarly situated | : : : : | CIVIL ACTION |
| v. | : : | |
| HAND IN HAND GROUP INC. d/b/a CARING MATTERS HOME CARE, et al. | : : | NO. 22-3055 |

## ORDER

**AND NOW**, this 3rd day of August, 2023, upon consideration of "Plaintiffs' Unopposed Amended Motion for Preliminary Approval of Class and Collective Action Settlement" (Docket No. 43), and all documents filed in connection therewith, **IT IS HEREBY ORDERED** that the Amended Motion is **GRANTED** as follows:

1. The revised "Settlement Agreement and Release" (the "Revised Agreement") (Docket No. 45) is preliminarily **APPROVED** as being fair, just, and reasonable.

2. The following settlement Class is preliminarily **CERTIFIED** for purposes of settlement, pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3):

> [A]ll individuals who worked for Defendant to provide personal care, assistance, health-related tasks, and other home care services to Defendant's clients; who were classified by Defendant as independent contractors; and who were not paid time and one half for hours worked over forty in a week at any time from August 3, 2019 through March 10, 2023.

(Revised Agreement at ¶ 1.5.)

3. A Collective, with the same definition as the Class, is conditionally **CERTIFIED**, pursuant to 29 U.S.C. § 216(b).

4. Plaintiffs Patricia Colbert and Lori Brown are **APPOINTED** as the Class Representatives.

5. Lemberg Law, LLC and the Law Office of William Coudert Rand are **APPOINTED** as Class Counsel, and CPT Group is **APPROVED** as the Claims Administrator.

6. The proposed Notice, attached to the Revised Agreement as Exhibit A, is **APPROVED**, pursuant to Federal Rules of Civil Procedure 23(c) and (e). The form, manner, and content of the Notice constitute the best notice that is practicable under the circumstances.

7. On or before August 14, 2023, Defendant shall provide to the Claims Administrator and Class Counsel the names, last known addresses, telephone numbers, and/or email addresses of all members of the Class, as well as the dates on which those individuals worked for Defendant between August 3, 2019 and March 10, 2023.

8. On or before August 24, 2023, Defendant shall pay the settlement amount agreed to in the Revised Agreement, $575,000.00 (the "Settlement Amount"), to the Claims Administrator or into an escrow account maintained by the Claims Administrator.

9. On or before September 5, 2023, the Claims Administrator shall mail by first-class mail a copy of the approved Notice to the last known addresses of all identified members of the Class and Collective.

10. On or before November 28, 2023, Class Counsel shall file (a) a petition for an award of attorneys' fees, reimbursement of costs and expenses, and service awards to the Class Representatives, all of which will be paid from the Settlement Amount, and (b) a Motion for Judgment and Final Approval of the Settlement and the Revised Agreement.

11. A final Fairness Hearing is scheduled for December 12, 2023 at 11:00 a.m. in Courtroom 17B, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.