UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA COLBERT and LORI BROWN, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>HAND IN HAND GROUP INC. D/B/A CARING MATTERS HOME CARE; and JOHN DOES #1-10,<br><br>    Defendant. | **Civil Action**<br><br>No. 2:22-cv-03055-JP |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

Plaintiffs Patricia Colbert and Lori Brown ("Plaintiffs"), by and through their undersigned counsel, hereby move for entry of an Order granting final approval of the Class and Collective Action Settlement Agreement between Plaintiffs and Defendant Hand in Hand Group Inc. d/b/a Caring Matters Home Care ("Defendant").

Plaintiffs respectfully request the Court (i) certify the Settlement Class and Settlement Collective for purposes of settlement; (ii) appoint Plaintiffs Patricia Colbert and Lori Brown as the Settlement Class Representatives; (iii) appoint Lemberg Law, LLC and the Law Office of William Coudert Rand as Class Counsel; (iv) grant final approval to the terms of the Settlement Agreement; and (v) find that the notice mailing constituted "the best notice that is practicable under the circumstances" (Fed. R. Civ. P. 23(c)(2)(B)).

In support, Plaintiffs submit the accompanying Memorandum of Law, the Declarations of Class Counsel Sergei Lemberg, Joshua Markovits and William C. Rand, the Declaration of

2

Emilio Cofinco, the Class Action Administrator, and the Declaration of Charles L. Shute, Defendant's Counsel.

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs respectfully request that the Court enter the Final Approval Order in the form attached as <u>Exhibit A</u> to this motion.

Dated: November 28, 2023                              Respectfully submitted,

                                                  By:   <u>/s/ Sergei Lemberg</u>
                                                        Sergei Lemberg
                                                        Joshua Markovits (admitted *pro hac vice*)
                                                        LEMBERG LAW, LLC
                                                        43 Danbury Road
                                                        Wilton, CT 06897
                                                        Telephone: (203) 653-2250
                                                        Facsimile:  (203) 653-3424

                                                        William Coudert Rand (admitted *pro hac vice*)
                                                        Law Office of William Coudert Rand
                                                        501 Fifth Avenue, 15th Floor
                                                        New York, New York 10017

                                                        *Attorneys for Plaintiffs and Class Counsel*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this, the 28th day of November, 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of such filing to all counsel of record.

                */s/ Sergei Lemberg*
                Sergei Lemberg